JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA J. HART, | Case No. CV 16-02635-JAK (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CURRENT GOV CA, et al., | |
| Defendants. | |

Pursuant to the Order Denying Plaintiff's Request to Proceed Without Prepayment of Full Filing Fee,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 3, 2016

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE